

# EXHIBIT A



**August 24, 2022**                                               **sent via Email and Mail**

perkins@blake-perkins.com
Blake Perkins
26 BROADWAY, 17TH FLOOR
NEW YORK, NEW YORK 10004

KULE LLC
14 East 63d St, ground floor
New York, NEW YORK 10065

Re: Request abandonment of trademark application number 97541199 for KULE

Dear Mr. Perkins and KULE LLC,

We represent the United States Corporation Alfwear Inc., doing business as and referred to herein as "KÜHL".  KÜHL (www.kuhl.com) is an internationally recognized corporation and famous brand for various products, including clothing, coffee, bottled water, bags, lip balm, etc. KÜHL is the owner of over fifty United States and International registered trademarks for KÜHL, KUHL, KŪL, KUUL, etc. (hereinafter "the KÜHL marks"), including but not limited to United States Registration Numbers 3,916,866 (KÜHL), 4,441,177 (KUHL), 2,765,230 (KŪL), and 4,777,532 (KUUL) (shown below).



# BAKER IP PLLC patent • trademark • conflict • international

124 South Main Street #3147 Cedar City, UT 84720
phone 801-618-3359 • www.bakerip.com • admin@bakerip.com



The trademark registrations of KÜHL® are based on a first use of this word as a trademark in 1994 for clothing. These trademarks have acquired famous status through the extensive international marketing and distribution of KÜHL products at large companies such as REI (www.REI.com). Therefore, under federal trademark dilution law, protection of the word KÜHL extends beyond clothing.

KÜHL has recently become aware of www.kule.com and United States trademark application number 97541199 for KULE in association with clothing (25); filed on August 9, 2022. Since the mark includes the identical KUL letters pronounced COOL, our client KÜHL is concerned that any use of the mark KULE with clothing will potentially confuse the public into believing that there is a relationship with our client KÜHL. In addition, our client is concerned that any use of the mark KULE will dilute the overall KÜHL brand. KÜHL would also like to notify your organization of our multiple successful trademark oppositions (see PTAB) and federal court actions (see PACER). Please see the decision in the successful TTAB opposition 97541199 against KULE application number 88739925.

KÜHL respects trademark rights in all marketing materials and routinely makes efforts to avoid using names of existing brands. KÜHL further recognizes the difficulty in identifying existing trademarks and that your organization's use of KULE is likely not malicious or intended to capitalize on KÜHL's reputation, goodwill and/or customer loyalty. However, in order to protect KÜHL's trademark rights, we request that you change the name of your company and abandon US trademark application number 975411991 by clicking on this LINK or following this address https://teas.uspto.gov/rea. Please mail a copy of the electronic abandonment receipt to the email address below. If the application is not abandoned, KÜHL will oppose registration and pursue all possible legal action to protect its customers. KÜHL hopes that by notifying your organization at this stage, lost marketing expenses toward the use of KULE can be minimized.

We request that you reply to this letter stating the Applicant's intent in this matter **within 10 days**. Please feel free to contact me or have your legal representative contact me directly with any questions. We hope to resolve this matter efficiently and amicably.

Sincerely,

Trent H. Baker
BAKER IP PLLC
Registered Patent Attorney
124 South Main Street #3147
Cedar City, UT 84720
Phone 801-618-3359
trent@bakerip.com

# BAKER IP PLLC patent • trademark • conflict • international

124 South Main Street #3147 Cedar City, UT 84720
phone 801-618-3359 • www.bakerip.com • admin@bakerip.com