

**EXHIBIT C**

Query    Reports ▾    Utilities ▾    Help    Log Out

ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:23-cv-00756-LTS

| | |
|---|---|
| Kule, LLC v. Alfwear, Inc. | Date Filed: 01/30/2023 |
| Assigned to: Judge Laura Taylor Swain | Jury Demand: None |
| Cause: 28:2201dj Declaratory Judgment | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Kule, LLC**                    represented by    **Matthew Hintz**
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
973-597-2596
Email: mhintz@lowenstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew M. Oliver**
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
973-597-2500
Fax: 973-597-2400
Email: moliver@lowenstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Scott**
Sedhom Law Group, PLLC
630 Fifth Avenue
Suite 2508
New York, NY 10111
212-664-1600
Email: mscott@bespokelawfirm.com
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*

**Rania Victor Sedhom**
Sedhom Law Group, PLLC
630 Fifth Avenue
Suite 2508
New York, NY 10111
212-664-1600
Fax: 212-563-9280
Email: rsedhom@bespokelawfirm.com

*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*

**Kathleen Ann McGee**
Lowenstein Sandler LLP
1251 Avenue of the Americas
17th Floor
New York, NY 10020
646-414-6831
Email: kathleen.mcgee@ag.ny.gov
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Alfwear, Inc.**                          represented by **Adam Richards**
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
Salt Lake City, UT 84111
801-532-1500
Fax: 801-532-7543
Email: arichards@rqn.com
*ATTORNEY TO BE NOTICED*

**S. Brandon Owen**
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
Salt Lake City, UT 84111
801-323-3369
Email: bowen@rqn.com
*ATTORNEY TO BE NOTICED*

**Trent Baker**
Baker IP PLLC
921 South Main Street #3147
Cedar City, UT 84720
801-618-3359
Email: trent@bakeriplaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2023 | 1 | **FILING ERROR - DEFICIENT PLEADING - PDF ERROR - SIGNATURE ERROR** COMPLAINT against Alfwear, Inc.. (Filing Fee $ 402.00, Receipt Number ANYSDC-27267559)Document filed by Kule, LLC..(Scott, Matthew) Modified on 1/31/2023 (vf). (Entered: 01/30/2023) |
| 01/30/2023 | 2 | CIVIL COVER SHEET filed..(Scott, Matthew) (Entered: 01/30/2023) |
| 01/30/2023 | 3 | **FILING ERROR SUMMONS NOT LINKED TO CORRESPONDING PLEADING-** REQUEST FOR ISSUANCE OF SUMMONS as to Alfwear, Inc., re: 1 Complaint. |

| | | Document filed by Kule, LLC..(Scott, Matthew) Modified on 1/31/2023 (vf). (Entered: 01/30/2023) |
|---|---|---|
| 01/30/2023 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Kule, LLC..(Scott, Matthew) (Entered: 01/30/2023) |
| 01/30/2023 | 5 | NOTICE OF APPEARANCE by Matthew Scott on behalf of Kule, LLC..(Scott, Matthew) (Entered: 01/30/2023) |
| 01/30/2023 | 6 | NOTICE OF APPEARANCE by Matthew Scott on behalf of Kule, LLC..(Scott, Matthew) (Entered: 01/30/2023) |
| 01/30/2023 | 7 | NOTICE OF APPEARANCE by Rania Victor Sedhom on behalf of Kule, LLC..(Sedhom, Rania) (Entered: 01/30/2023) |
| 01/31/2023 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Matthew Scott to RE-FILE Document No. 1 Complaint. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; Pleading title is not provided; and Signature Error. Signature of the ECF Filing Attorney user is not provided. Re-file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents - attach the correct signed PDF - select the individually named filer/filers - select the individually named party/parties the pleading is against. If the deficiency/deficiencies are not corrected within five (5) days per Amended Standing Order 15-mc-00131 this case will be administratively closed. Initial Pleading due by 2/6/2023. (vf) (Entered: 01/31/2023) |
| 01/31/2023 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Matthew Scott to RE-FILE Document No. The filing is deficient for the following reason(s): The summons requested was not processed due to the deficient pleading. Please file your request for summons when you correct and refile your pleading. Re-file the document using the event type Request for Issuance of Summons found under the event list Service of Process - select the correct filer/filers - and attach the correct summons form PDF. (vf) (Entered: 01/31/2023) |
| 01/31/2023 | 8 | COMPLAINT against Alfwear, Inc.. Document filed by Kule, LLC..(Sedhom, Rania) (Entered: 01/31/2023) |
| 01/31/2023 | 9 | REQUEST FOR ISSUANCE OF SUMMONS as to Alfwear, Inc., re: 8 Complaint. Document filed by Kule, LLC..(Sedhom, Rania) (Entered: 01/31/2023) |
| 02/01/2023 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Ronnie Abrams. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(sj) (Entered: 02/01/2023) |
| 02/01/2023 | | Magistrate Judge Ona T. Wang is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (sj) (Entered: 02/01/2023) |
| 02/01/2023 | | Case Designated ECF. (sj) (Entered: 02/01/2023) |

| 02/01/2023 | 10 | ELECTRONIC SUMMONS ISSUED as to Alfwear, Inc.. (sj) (Entered: 02/01/2023) |
|---|---|---|
| 02/17/2023 | 11 | ORDER AND NOTICE OF INITIAL CONFERENCE: Initial Conference set for 4/21/2023 at 3:00 PM before Judge Ronnie Abrams. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. SO ORDERED. (Signed by Judge Ronnie Abrams on 2/17/2023) (vfr) (Entered: 02/17/2023) |
| 02/17/2023 | 12 | AFFIDAVIT OF SERVICE of Summons and Complaint. Alfwear, Inc. served on 2/15/2023, answer due 3/8/2023. Service was accepted by Pete Souinski, Head of Marketing. Document filed by Kule, LLC..(Scott, Matthew) (Entered: 02/17/2023) |
| 03/06/2023 | 13 | MOTION for S. Brandon Owen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27428056. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Alfwear, Inc.. (Attachments: # 1 Text of Proposed Order A - Text of Proposed Order, # 2 Exhibit B - Certificate of Good Standing, # 3 Exhibit D - Declaration of S. Brandon Owen).(Owen, S. Brandon) (Entered: 03/06/2023) |
| 03/06/2023 | 14 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Adam K. Richards to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27428109. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Alfwear, Inc.. (Attachments: # 1 Text of Proposed Order A -, # 2 Exhibit B - Certificates of Good Standing, # 3 Exhibit C - Declaration of Adam K. Richards).(Richards, Adam) Modified on 3/7/2023 (aea). (Entered: 03/06/2023) |
| 03/06/2023 | 15 | MOTION for Trent H. Baker to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27429461. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Alfwear, Inc.. (Attachments: # 1 Text of Proposed Order A -, # 2 Exhibit B - Certificate of Good Standing, # 3 Exhibit C - Declaration of Trent H. Baker). (Baker, Trent) (Entered: 03/06/2023) |
| 03/07/2023 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 13 MOTION for S. Brandon Owen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27428056. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 03/07/2023) |
| 03/07/2023 |  | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 14 MOTION for Adam K. Richards to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27428109. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California (not the State Bar). Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order. (aea)** (Entered: 03/07/2023) |
| 03/07/2023 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 15 MOTION for Trent H. Baker to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27429461. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 03/07/2023) |
| 03/07/2023 | 16 | ORDER granting 13 Motion for S. Brandon Owen to Appear Pro Hac Vice (HEREBY ORDERED by Judge Ronnie Abrams)(Text Only Order) (arc) (Entered: 03/07/2023) |

| 03/07/2023 | 17 | ORDER granting 15 Motion for Trent H. Baker to Appear Pro Hac Vice (HEREBY ORDERED by Judge Ronnie Abrams)(Text Only Order) (arc) (Entered: 03/07/2023) |
|---|---|---|
| 03/08/2023 | 18 | NOTICE of Substitution of Attorney. Old Attorney: Rania Victor Sedhom, New Attorney: Matthew M. Oliver, Address: Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York, USA 10020, 212-419-5852. Document filed by Kule, LLC..(Oliver, Matthew) (Entered: 03/08/2023) |
| 03/08/2023 | 19 | CONSENT LETTER MOTION for Extension of Time *for Defendant to Respond to Complaint* addressed to Judge Ronnie Abrams from Matthew M. Oliver dated March 8, 2023. Document filed by Kule, LLC. (Attachments: # 1 Text of Proposed Order - Stipulation and (Proposed) Order Extending Defendant's Time to Respond to Complaint). (Oliver, Matthew) (Entered: 03/08/2023) |
| 03/09/2023 | 20 | ORDER granting 19 Letter Motion for Extension of Time. Application granted. SO ORDERED. (Signed by Judge Ronnie Abrams on 3/9/2023) (vfr) (Entered: 03/09/2023) |
| 03/09/2023 | | Set/Reset Deadlines: Alfwear, Inc. answer due 3/31/2023. (vfr) (Entered: 03/09/2023) |
| 03/16/2023 | 21 | MOTION for Adam K. Richards to Appear Pro Hac Vice *(Filing Fee $200.00, paid receipt number ANYSDC-27428109).* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Alfwear, Inc.. (Attachments: # 1 Exhibit A - Text of Proposed Order, # 2 Exhibit B - Certificates of Good Standing, # 3 Exhibit C - Declaration of Adam K. Richards).(Richards, Adam) (Entered: 03/16/2023) |
| 03/17/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 21 MOTION for Adam K. Richards to Appear Pro Hac Vice *(Filing Fee $200.00, paid receipt number ANYSDC-27428109).* Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 03/17/2023) |
| 03/17/2023 | 22 | ORDER granting 21 Motion for Adam K. Richards to Appear Pro Hac Vice (HEREBY ORDERED by Judge Ronnie Abrams)(Text Only Order) (arc) (Entered: 03/17/2023) |
| 03/29/2023 | 23 | CONSENT LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, 8 Complaint addressed to Judge Ronnie Abrams from Matthew M. Oliver dated March 29, 2023. Document filed by Kule, LLC. (Attachments: # 1 Text of Proposed Order - Stipulation and (Proposed) Order Extending Defendant's Time to Respond to Complaint). (Oliver, Matthew) (Entered: 03/29/2023) |
| 03/30/2023 | 24 | ORDER granting 23 Letter Motion for Extension of Time to Answer re 23 CONSENT LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, 8 Complaint addressed to Judge Ronnie Abrams from Matthew M. Oliver dated March 29, 2023., 8 Complaint. Application granted. SO ORDERED. Alfwear, Inc. answer due 5/30/2023. (Signed by Judge Ronnie Abrams on 3/30/2023) (ate) (Entered: 03/30/2023) |
| 04/05/2023 | 25 | NOTICE OF APPEARANCE by Matthew Hintz on behalf of Kule, LLC..(Hintz, Matthew) (Entered: 04/05/2023) |
| 04/19/2023 | 26 | CONSENT LETTER addressed to Judge Ronnie Abrams from Matthew P. Hintz dated April 19, 2023 re: Initial Status Conference. Document filed by Kule, LLC..(Hintz, Matthew) (Entered: 04/19/2023) |
| 04/20/2023 | 27 | MEMO ENDORSEMENT on re: 26 Letter filed by Kule, LLC. ENDORSEMENT: Application granted. The initial status conference scheduled for April 21, 2023 is hereby adjourned. It will be rescheduled if and when Defendant Alfwear files a responsive pleading. (Signed by Judge Ronnie Abrams on 4/20/2023) (ate) (Entered: 04/20/2023) |

| 05/24/2023 | 28 | CONSENT LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, 8 Complaint addressed to Judge Ronnie Abrams from Matthew Hintz dated May 24, 2023. Document filed by Kule, LLC. (Attachments: # 1 Text of Proposed Order - Stipulation and (Proposed) Order Extending Defendant's Time to Respond to Complaint).(Hintz, Matthew) (Entered: 05/24/2023) |
|---|---|---|
| 05/24/2023 | 29 | NOTICE OF APPEARANCE by Kathleen Ann McGee on behalf of Kule, LLC..(McGee, Kathleen) (Entered: 05/24/2023) |
| 05/25/2023 | 30 | ORDER granting 28 Letter Motion for Extension of Time to Answer re 28 CONSENT LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, 8 Complaint addressed to Judge Ronnie Abrams from Matthew Hintz dated May 24, 2023., 8 Complaint. Application granted. No further extensions will be granted absent good cause. Alfwear, Inc. answer due 6/29/2023. (Signed by Judge Ronnie Abrams on 5/25/2023) (ate) (Entered: 05/25/2023) |
| 06/26/2023 | 31 | NOTICE of Motion to Dismiss Complaint re: 8 Complaint. Document filed by Alfwear, Inc...(Owen, S. Brandon) (Entered: 06/26/2023) |
| 06/26/2023 | 32 | MOTION to Dismiss *Complaint*. Document filed by Alfwear, Inc...(Owen, S. Brandon) (Entered: 06/26/2023) |
| 06/26/2023 | 33 | MEMORANDUM OF LAW in Support re: 32 MOTION to Dismiss *Complaint*. . Document filed by Alfwear, Inc...(Owen, S. Brandon) (Entered: 06/26/2023) |
| 06/26/2023 | 34 | MOTION to Amend/Correct *Plaintiff's Complaint*. Document filed by Kule, LLC.. (McGee, Kathleen) (Entered: 06/26/2023) |
| 06/26/2023 | 35 | LETTER MOTION for Leave to File Amended Complaint addressed to Judge Ronnie Abrams from Kathleen McGee dated 06/26/2023. Document filed by Kule, LLC. (Attachments: # 1 Exhibit A - Plaintiff's Amended Complaint, # 2 Exhibit B - Utah Filed Complaint, # 3 Exhibit C - Redline of Complaints).(McGee, Kathleen) (Entered: 06/26/2023) |
| 06/30/2023 | 36 | ORDER: granting 35 Letter Motion for Leave to File Document. Application granted. Pursuant to the Court's Individual Rules and Practices in Civil Cases, within 14 days of service of the Amended Complaint, Defendant shall (1) file an answer, (2) file a new motion to dismiss, or (3) submit a letter to the Courtand Plaintiff stating that it relies on the previously filed motion to dismiss. SO ORDERED. (Signed by Judge Ronnie Abrams on 6/30/2023) (ama) (Entered: 06/30/2023) |
| 07/06/2023 | 37 | AMENDED COMPLAINT amending 8 Complaint against Alfwear, Inc..Document filed by Kule, LLC. Related document: 8 Complaint. (Attachments: # 1 Exhibit 1 - Copies of the USPTO Status & Title Records, # 2 Exhibit 2 - Alfwears August 24, 2022 Letter to Kule, # 3 Exhibit 3 - Federal Trademark Infringement Cases - Search Results (redacted), # 4 Exhibit 4 - Trademark Trial & Appeal Board, # 5 Exhibit 5 - Kule's November 7, 2022 Letter to Alfwear).(Oliver, Matthew) (Entered: 07/06/2023) |
| 07/20/2023 | 38 | MOTION to Dismiss *Amended Complaint for Declaratory Judgment*., MOTION to Transfer Case *or*., MOTION to Stay re: 37 Amended Complaint, *for Declaratory Judgment*. Document filed by Alfwear, Inc...(Owen, S. Brandon) (Entered: 07/20/2023) |
| 07/20/2023 | 39 | MEMORANDUM OF LAW in Support re: 38 MOTION to Dismiss *Amended Complaint for Declaratory Judgment*. MOTION to Transfer Case *or*. MOTION to Stay re: 37 Amended Complaint, *for Declaratory Judgment*. . Document filed by Alfwear, Inc.. (Attachments: # 1 Exhibit 1 - 8-24-2022 Letter from Trent H. Baker to Kule, LLC, # 2 Exhibit 2 - 1-3-2023 Trademark Trial and Appeal Board - Notice of Opposition, # 3 |

| | | Exhibit 3 - 6-26-2023 Complaint - Alfwear, Inc. v. Kule, LLC, Case No. 2:23-cv-00412-JCB (D. Utah)).(Owen, S. Brandon) (Entered: 07/20/2023) |
|---|---|---|
| 08/10/2023 | 40 | MEMORANDUM OF LAW in Opposition re: 38 MOTION to Dismiss *Amended Complaint for Declaratory Judgment*. MOTION to Transfer Case *or*. MOTION to Stay re: 37 Amended Complaint, *for Declaratory Judgment*. . Document filed by Kule, LLC.. (Oliver, Matthew) (Entered: 08/10/2023) |
| 08/10/2023 | 41 | DECLARATION of Matthew M. Oliver in Opposition re: 38 MOTION to Dismiss *Amended Complaint for Declaratory Judgment*. MOTION to Transfer Case *or*. MOTION to Stay re: 37 Amended Complaint, *for Declaratory Judgment*.. Document filed by Kule, LLC. (Attachments: # 1 Exhibit A - 1.17.2022 Laches Defense Letter).(Oliver, Matthew) (Entered: 08/10/2023) |
| 08/11/2023 | 42 | LETTER addressed to Judge Ronnie Abrams from Matthew M. Oliver dated 8/11/2023 re: Plaintiff's Opposition to Defendant's Motion to Dismiss Filing. Document filed by Kule, LLC..(Oliver, Matthew) (Entered: 08/11/2023) |
| 08/11/2023 | 43 | LETTER addressed to Judge Ronnie Abrams from S. Brandon Owen, representing Defendant Alfwear, Inc., dated 08/11/2023 re: Defendant's Response to Plaintiff's Request to Accept Untimely Opposition [Dkt. 42]. Document filed by Alfwear, Inc...(Owen, S. Brandon) (Entered: 08/11/2023) |
| 08/14/2023 | 44 | MEMO ENDORSEMENT on re: 43 Letter, filed by Alfwear, Inc. ENDORSEMENT: Finding good cause and excusable neglect, the Court accepts Plaintiff's late-filed Opposition. Defendant's Reply shall be due 7 days from the date of this Order. SO ORDERED. (Signed by Judge Ronnie Abrams on 8/14/2023) (vfr) (Entered: 08/14/2023) |
| 08/16/2023 | 45 | CONSENT LETTER MOTION for Extension of Time *for Alfwear to file its Reply Memorandum in Support of Motion to Dismiss, Transfer, or Stay Amended Complaint for Declaratory Judgment* addressed to Judge Ronnie Abrams from S. Brandon Owen, representing Defendant Alfwear, Inc., dated 08/16/2023. Document filed by Alfwear, Inc... (Owen, S. Brandon) (Entered: 08/16/2023) |
| 08/17/2023 | 46 | ORDER granting 45 Letter Motion for Extension of Time. Application granted. SO ORDERED. (Signed by Judge Ronnie Abrams on 8/17/2023) (ate) (Entered: 08/17/2023) |
| 08/17/2023 | | Set/Reset Deadlines: Replies due by 8/24/2023. (ate) (Entered: 08/17/2023) |
| 08/22/2023 | 47 | LETTER MOTION to Substitute Attorney. Old Attorney: Sedhom Law Group, PLLC, New Attorney: Lowenstein Sandler LLP addressed to Judge Ronnie Abrams from Sedhom Law Group, PLLC dated August 22, 2023. Document filed by Kule, LLC..(Scott, Matthew) (Entered: 08/22/2023) |
| 08/23/2023 | 48 | MEMO ENDORSEMENT granting 47 Letter Motion to Substitute Attorney. ENDORSEMENT: Application granted. SO ORDERED. Attorney Matthew Scott and Rania Victor Sedhom terminated. (Signed by Judge Ronnie Abrams on 8/23/2023) (ate) (Entered: 08/23/2023) |
| 08/24/2023 | 49 | REPLY MEMORANDUM OF LAW in Support re: 32 MOTION to Dismiss *Complaint. , Transfer, or Stay Amended Complaint for Declaratory Judgment*. Document filed by Alfwear, Inc.. (Attachments: # 1 Exhibit 1 - Declaration of Susan Seeder in Support of Motion to Dismiss, Transfer, or Stay Amended Complaint for Declaratory Judgment). (Owen, S. Brandon) (Entered: 08/24/2023) |
| 11/08/2023 | | NOTICE OF CASE REASSIGNMENT to Judge Laura Taylor Swain. Judge Ronnie Abrams is no longer assigned to the case. (tro) (Entered: 11/08/2023) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/13/2023 16:33:00 | | | |
| **PACER Login:** | workmannydegger | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-00756-LTS |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |