Trent H. Baker (8799)
**BAKER IP PLLC**
921 South Main Street #3147
Cedar City, UT 84720
Telephone: (801) 618-3359
trent@bakerip.com

S. Brandon Owen (9971)
Adam K. Richards (14487)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Post Office Box 45385
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
bowen@rqn.com
arichards@rqn.com

*Attorneys for Plaintiff Alfwear, Inc.*

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALFWEAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> KULE, LLC, a New York limited liability company, <br><br> Defendant. | **PLAINTIFF ALFWEAR, INC.'S APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> Case No. 2:23-cv-00412 -DAK-CMR <br><br> Judge Dale A. Kimball <br><br> Magistrate Judge Cecilia M. Romero <br><br> <u>**REDACTED PUBLIC VERSION**</u> |

Pursuant to DUCivR 56-1(e), Plaintiff Alfwear Inc., submits this Appendix to Opposition to Defendant's Motion for Summary Judgment.

| Exhibits | Description |
|---|---|
| Exhibit A | 1/23/2025 Deposition of Nikki Kule – **Filed Under Seal** |
| Exhibit B | KULE, LLC Entity Filing History - KULE000222-224 |
| Exhibit C | 1/22/2025 Jim Kuerschner 30(b)(6) Deposition for KULE, Inc. – **Filed Under Seal** |
| Exhibit D | 2011 Website "Coming Soon Kule" - KULE000376 |
| Exhibit E | Kule "Relaunch" production documents – KUHL 5597, 5602-5605; KULE003967, 5408-5439 |
| Exhibit F | Kule "Bandier" production documents – KULE000247, 4192-4193, 6312 – **Portions Filed Under Seal** |
| Exhibit G | KULE Facebook page screenshot |
| Exhibit H | 11/7/2024 Kevin Boyle 30(b)(6) Deposition for Alfwear – **Filed Under Seal** |
| Exhibit I | Declaration of Nathan Fay – **Public Redacted Version Filed and Under Seal Version Filed** |
| Exhibit I-A | USPTO records for Registration No. 3,149,845; 6,982,979; 6,629,288; 7,475,248, and Serial No. 99-130,102 |
| Exhibit I-B | KUHL Examples of Mountain Shield Used Independently to Word Marks |
| Exhibit I-C | KÜHL Examples of its word mark without the mountain shield logo |
| Exhibit I-D | REI's 2023 Public Revenue Report |
| Exhibit I-E | REI's 2024 Public Revenue Report |
| Exhibit I-F | KÜHL listed in REI's List of Top Brands |
| Exhibit I-G | Copies of webpages from scheels.com., rei.com, and backcountry.com showing KÜHL listed as available for purchase |

| Exhibits | Description |
|---|---|
| Exhibit I-H | Clarus 2024 Annual Corporation Report |
| Exhibit I-I | Columbia Sportswear Co Form 10-K (prAna and Mountain Hardwear Report) |
| Exhibit I-J | KÜHL's annual sales of products sold under or in connection with the KÜHL mark by product category – **Filed Under Seal** |
| Exhibit I-K | Kuhl Hangtag Examples |
| Exhibit I-L | Online commentary about how KÜHL has set itself apart in the outdoor clothing marketplace |
| Exhibit I-M | Report on a survey of owners of outdoor fashion |
| Exhibit I-N | KÜHL's expenditures for marketing and promoting products sold under or in connection with the KÜHL mark KUHL003318 – **Filed Under Seal** |
| Exhibit I-O | KÜHL USPTO records for Trademark Registration Nos. 1,990,375; 3,916,866; and 4,441,177 |
| Exhibit J | 6/20/2024 Alfwear, Inc.'s Answers to Defendant's First Set of Discovery Requests – **Filed Under Seal** |
| Exhibit K | Article where Nikki Kule said that her name is so frequently pronounced as "cool" that she had stopped correcting customers - KUHL005579-5584 |
| Exhibit L | 6/20/2024 Excerpts from Defendant's Answers to Alfwear's First Set of Discovery Requests |
| Exhibit M | KUHL/KULE "Confusion" production documents – KUHL000049-50, 53, 5449-5450 |
| Exhibit N | KUHL "Similar Products/Pricing" production documents – KUHL005493, 5502, 5542 |
| Exhibit O | Third Party Articles regarding KUHL - KUHL004722-4729; 4691; 4317; 4325-4339; 4377; 4438-4439; 4450-4454; 4851-4583; 4587-5494; 4808-4809; 4837-4839; 4751-4783 |
| Exhibit P | KUHL "Breathable" production documents – KUHL005487, 5493, 5496, 5499-5502, 5505 |

| Exhibits | Description |
|---|---|
| Exhibit Q | KULE "Lightweight" production documents – KUHL005520-5528 |
| Exhibit R | KUHL "Moisture-Wicking" production documents – KUHL005490, 5508-5510 |
| Exhibit S | KUHL "Layering" production documents – KUHL005459-5464 |
| Exhibit T | KULE "Traveling" production documents – KUHL005693-5695 |
| Exhibit U | KULE "Classic Fit" production documents – KUHL005544-5545 |
| Exhibit V | KUHL "Versatility" production documents – KUHL005479 |
| Exhibit W | KULE "Outerwear/cold weather" production documents – KUHL004111-4112; KULE000381, 4124, 4146, 4244 |
| Exhibit X | Third Party Articles referencing KULE – KULE004775, 4801, 4733-35, 4809, 4836-38, 4726-27, 4835, 4840, 4871, 4832-34, 6175, 4681 |
| Exhibit Y | KUHL List of Active Accounts/Customers - KUHL004128-4151 – **Filed Under Seal** |
| Exhibit Z | KULE revenue from Web sales - KULE006664 – **Filed Under Seal** |
| Exhibit AA | KULE "Influencer Marketing" production documents – KULE005724 **(AEO),** 5787 **(AEO)**, 247, 5572-75 – **Portions Filed Under Seal** |
| Exhibit BB | KULE "Sports Marketing" production documents – KULE004022, 2901, 2905, 2907, 2947, 1336-46, 2873-83, 6928 |
| Exhibit CC | KUHL 2022 Spring/Summer Collection Catalog – KUHL003023-3290 – **Filed Under Seal** |
| Exhibit DD | KULE "Ski and Mountain Imagery" – KULE001456, 1505-1517, 1593, 4204, 4670-71, 4338; KUHL005662-64, 5659-61, 5665-66, 5658, 5423-25, 4095-96, 5626 |
| Exhibit EE | Kule as "Cool" production documents – KUHL00568-41, 5667-74, 5623, 2876; KULE002900, 370, 2398, 1537, 1553, 1517, 1574 |
| Exhibit FF | KUHL as "Cool" production documents – KUHL000033 |

| Exhibits | Description |
|---|---|
| Exhibit GG | KULE Definition – KUHL005695 |
| Exhibit HH | California State Flag "Republic of KULE" |
| Exhibit II | KUHL Brand Bible – KUHL005360-5382 – **Filed Under Seal** |
| Exhibit JJ | KULE Brand Guidelines – KULE006665-6697 – **Filed Under Seal** |
| Exhibit KK | KUHL Branding Examples – KUHL000014, 699, 3558, 3568, 5453 |
| Exhibit LL | KUHL 2023 Spring/Summer Catalog – KUHL003595-3960 – **Filed Under Seal** |
| Exhibit MM | KUHL 2023 Spring/Winter Catalog – KUHL003291-3594 – **Filed Under Seal** |
| Exhibit NN | KULE "Similar Products/Pricing" production documents – KUHL005542 |
| Exhibit OO | KULE "Breathable" production documents – KUHL005514 |
| Exhibit PP | KULE "Moisture-Wicking" production documents – KUHL004812, 4963, 5515 |
| Exhibit QQ | KULE "Layering" production documents – KUHL005532-5535 |
| Exhibit RR | KUHL "Classic Fit" production documents – KUHL005474-5476 |
| Exhibit SS | KULE "Sports/Outdoors Articles" production documents – KUHL005687-88, 5681-82, 5679-80; KULE005098, 5292. 6911. 6947, 5687, 5151, 5155, 4855-62, 5018, 5138, 6946 |
| Exhibit TT | KUHL List of Active Accounts/Customers - KULE000219 (AEO) – **Filed Under Seal** |
| Exhibit UU | KUHL Definition – KUHL003965 – KUHL005625 |
| Exhibit VV | California State Flag "KUHL REPUBLIK" – KUHL005627, 5629 |
| Exhibit WW | KUHL "Women's Outerwear" – KUHL0040084011 |
| Exhibit XX | KUHL Reviews |

| Exhibits | Description |
|---|---|
| Exhibit YY | "Squeeze the Season: Tips for Spring Skiing" KUHL Article |
| Exhibit ZZ | KUHL Mountain Lines T listing |
| Exhibit AAA | Dealer Display Catalog – KUHL000695 (AEO) – **Filed Under Seal** |

DATED this 10th day of October, 2025.

**RAY QUINNEY & NEBEKER P.C.**

/s/ S. Brandon Owen
S. Brandon Owen
Adam K. Richards

/s/ Trent H. Baker
Trent H. Baker
**Baker IP PLLC**

*Attorneys for Plaintiff Alfwear, Inc.*

1720070