# Exhibit I-C

https://www.kuhl.com/kuhl/mens/short-sleeve/kuhl-t/?color=Pirate%20Blue October 6, 2025 at 2:27 PM MDT

Enjoy Free Shipping on Orders $100+* See Details

KÜHL MEN WOMEN BAGS & GEAR DISCOVER Search Sign in

HOME › MENS › SHORT SLEEVE › KUHL T






# KÜHL® T

$35 ★★★★★ (60)

Color Pirate Blue

Select Size Size Guide +

S M L XL XXL

SELECT SIZE / COLOR

## WHAT MAKES IT KÜHL?

The KÜHL® Tee is constructed with 100% Wildfibre™ Organic Cotton for unmatched breathability and comfort. This sustainably sourced material is the finest cotton available. Our custom KÜHL graphic will bring the mountain culture to your doorstep.

DIFFERENT BY DESIGN. DIFFERENT BY CONSTRUCTION.™ +

MATERIAL AND CARE +

**Style Number:** 7324

## CUSTOM KÜHL GRAPHIC






## WILDFIBRE™ 100% ORGANIC COTTON






## Recommended For You




**RENEGADE™ SHIRT**
$70




**BRAVADO™ T**
$45




**KÜHL ENGINEERED™ POLO**
$80




**RESPONSE™**
$79

## Recently Viewed



**ESKAPE™ SLING PACK**
$90




**KONTOUR™ FIELD JACKET**
$149




**KUHL® TRUCKER HAT**
$30




**MERINO™ BEANIE**
$40

## What do you think of this product?

4.8 ★★★★★
60 Reviews

5
4
3
2
1

Search

+ WRITE A REVIEW

Sort by | Activities | Body type | Experience Level | Height

Verified Buyer
Activities:
Travel, Active, Lifestyle, Outdoor
Height:
5'9 - 5'11
Experience Level:
Seasoned Adventurer

★★★★★
**Great Shirt**
I have many of these shirts. The quality is awesome and this is the first one with the verbiage of what KÜHL actually means. Great shirts.
09/04/2025
Was This Review Helpful ? ↑ 0 ↓ 0

**Allen**
Verified Buyer
Activities:
Lifestyle
Height:
5'6 - 5'8
Experience Level:
New to the Outdoors

★★★★★
**Nice**
My favorite brand in everything, pants, shorts, t-shirts, all of very good quality. This one in particular has a nice design and is very good, but don't get me wrong, I prefer Bravado, they are my favorites, but this one is good.
08/03/2025
Was This Review Helpful ? ↑ 0 ↓ 0

**Mtn Guy**
Verified Buyer
Activities:
Lifestyle

★★★★★
**Go-to shirt!**
Great shirt. Fits great as all my Kuhl gear does. Softer and just the right bit of stretch. Kuhl Shirt!

Height:
6'0 - 6'2
Experience Level:
Expert of the Outdoors

08/03/2025
Was This Review Helpful ? 0 0

Mike
Verified Buyer
Activities:
Lifestyle, Outdoor
Height:
5'6 - 5'8
Experience Level:
Seasoned Adventurer

★★★★★
**Great shirts as either layers or by themselves**
Great quality and fits very well. I will be getting more.
03/14/2025
Was This Review Helpful ? 0 0

Verified Buyer
Activities:
Travel, Active, Lifestyle, Outdoor
Height:
6'0 - 6'2
Experience Level:
Seasoned Adventurer

★★★★★
**Nice T-Shirt!**
Simple t-shirt. Nice fit. I prefer the weight of the Bravado t-shirt, but this is a nice lighter-weight option.
11/26/2024
Was This Review Helpful ? 0 0

Rhernd
Verified Buyer
Height:
6'0 - 6'2

★★★★★
**True to size good advertisement too others**
Quality shirt, water proof, show off to friends. Like slits on side of shirt.
08/10/2024
Was This Review Helpful ? 0 0

Verified Buyer
Activities:
Travel, Active, Lifestyle, Outdoor
Height:
5'9 - 5'11
Experience Level:
Casual Explorer

★★★★★
**Athletic fit t shirt**
Perfect fit for average size physique. Feel good in it.
05/24/2024
Was This Review Helpful ? 0 0

Chuck
Verified Buyer
Activities:
Travel, Lifestyle, Outdoor
Height:
5'9 - 5'11
Experience Level:
Casual Explorer

★★★★★
**Great Shirt!**
Great fell and fit! I wear this out and about, and when I want a more casual look. It's also great for lounging around the house. Highly recommend this shirt!
05/19/2024
Was This Review Helpful ? 0 0

Shane H.
Activities:
Lifestyle, Outdoor, Travel
Height:
5'6 - 5'8
Body Type:
Broad/Muscular
Experience Level:
Seasoned Adventurer

★★★★★
**Nice shirt**
Good fit and nice material
11/14/2023
Was This Review Helpful ? 0 0

Mike B.
Activities:
Active, Outdoor, Travel
Height:
6'3 - 6'5
Body Type:
Svelte/Slender

★★★★★
**KuhL T**
The T-shirt is nice quality. I'm 6' 5" tall slender individual and the large size fits well. This is my 3rd KUHL shirt and will buy another one for sure.
11/07/2023
Was This Review Helpful ? 0 0

< 1 2 3 4 5 6 >

Enjoy Free Shipping on Orders $100+* **See Details**

KÜHL MEN WOMEN BAGS & GEAR DISCOVER Search Sign in

HOME › MENS › SHORT SLEEVE › RIDGE T






# RIDGE™ T

$40 ★★★★★ (28)

**Color** Sundried Tomato

**Select Size** Size Guide +

S M L XL XXL

SELECT SIZE / COLOR

## WHAT MAKES IT KÜHL?

The RIDGE™ Tee is pocketed crew neck perfection. Experience the ultimate in comfort with 100% Wildfibre™ Organic Cotton fitted with a custom KÜHL graphic. Super soft, breathable performance built to last.

DIFFERENT BY DESIGN. DIFFERENT BY CONSTRUCTION.™ +

MATERIAL AND CARE +

**Style Number:** 7470

## WILDFIBRE™ 100% ORGANIC COTTON

Super soft and breathable







## CUSTOM KÜHL GRAPHIC

Quality craftsmanship - Built to last

## Recommended For You




**PERSUADR™**
$75




**BRAZEN KÜHLDRY® POLO**
$65



**SUPERAIR™ T**
$40




**SHADOW™ POLO**
$89

## Recently Viewed



**ESKAPE™ SLING PACK**
$90




**KONTOUR™ FIELD JACKET**
$149




**KUHL® TRUCKER HAT**
$30



**KÜHL® T**
$35

## What do you think of this product?

4.8 ★★★★★
28 Reviews

5
4
3
2
1

Search

+ WRITE A REVIEW

Sort by | Activities | Body type | Experience Level | Height

**James**
Verified Buyer
Activities:
Travel, Active, Lifestyle
Height:
6'0 - 6'2
Experience Level:
Seasoned Adventurer

★★★★★
**Love my Ridge T's!**
My new Ridge T's fit me very well, look great, & are so comfortable!
09/01/2025
Was This Review Helpful ? ↑ 0 ↓ 0

**Allen C**
Verified Buyer
Activities:
Active, Lifestyle, Outdoor
Height:
5'6 - 5'8
Experience Level:
Seasoned Adventurer

★★★★★
**Great summer shirt**
Great fit. Light weight. Great in hot weather. Runs small. Had to order a size up.
08/17/2025
Was This Review Helpful ? ↑ 0 ↓ 0

**Frosty**
Verified Buyer
Activities:
Travel, Active, Work, Lifestyle, Outdoor
Height:
5'3 - 5'5
Experience Level:
Expert of the Outdoors

★★★★★
**Great T Shirt**
Good T Shirt, love the color, head opening could be larger.
02/04/2025
Was This Review Helpful ? ↑ 0 ↓ 0

**Yates**
Verified Buyer
Activities:
Active, Lifestyle, Outdoor
Height:
6'0 - 6'2
Experience Level:
Seasoned Adventurer

★★★★★
**Comfy T**
Comfy T-shirt didn't shrink or lose color when washed.
01/01/2025
Was This Review Helpful ? ↑ 0 ↓ 0

**Paul P**
Verified Buyer
Activities:
Travel, Active, Lifestyle, Outdoor
Height:
5'6 - 5'8
Experience Level:
Seasoned Adventurer

★★★★★
**Ridge T - Love it!**
I love all of Kuhl's T shirts. They are soft, high quality, look great, and the Ridge T is no exception.
09/04/2024
Was This Review Helpful ? ↑ 0 ↓ 0

**John**
Activities:
Travel, Lifestyle, Outdoor
Height:
6'0 - 6'2
Experience Level:
Seasoned Adventurer

★★★★★
**Really Great T-shirt**
One of my go to t-shirts in my closet. Super comfortable and a nice stylish design. Fits me well. Nice and roomy but not baggy. Well done!
06/06/2024
Was This Review Helpful ? ↑ 0 ↓ 0

**Nels S.**
Activities:

★★★★★
**The "Perfekt" Tee**

Lifestyle, Outdoor, Travel
Height:
5'9 - 5'11
Body Type:
Lean/Athletic

Soft, perfect cut, stretchy, no rough seams, outstanding tee. Great base layer for a 11 mile hike, grocery shopping or a 14'er.

10/10/2023

Was This Review Helpful ? ↑ 0 ↓ 0

**Colin U.**

Activities:
Active, Lifestyle, Outdoor, Travel, Work
Height:
5'9 - 5'11
Body Type:
Broad/Muscular
Experience Level:
Seasoned Adventurer

★★★★★

**Awesome shirt, covers whole torso!**

What is there to say... Kühl's T-shirts are the best and the Ridge T is no different. Great quality and organic cotton, graphics are not ironed on like may companies, a pocket for your things and stuff, and awesome stitching around high movement or contact areas. I wear this shirt in pretty much any occasion, some light hiking, day or night on... **Read More**

08/26/2023

Was This Review Helpful ? ↑ 0 ↓ 0

**Ryan F.**

Activities:
Active, Lifestyle, Outdoor, Travel
Height:
6'0 - 6'2
Body Type:
Heavyset
Experience Level:
Casual Explorer

★★★★★

**Love your clothes**

Always quality

08/16/2023

Was This Review Helpful ? ↑ 0 ↓ 0

**Jay H.**

Activities:
Active, Lifestyle, Outdoor, Travel
Height:
5'9 - 5'11
Body Type:
Average
Experience Level:
Casual Explorer

★★★★★

**Great customer service.**

Had an issue with the wrong color item needing to be returned. Quick call and all was taken care of. Great products and great service as well.

07/27/2023

Was This Review Helpful ? ↑ 0 ↓ 0

‹ 1 2 3 ›

Shop in a local store: FIND AN AUTHORIZED RETAILER

**Shop**

- Men
- Women
- Gift Cards
- Authorized Retailers
- Pro Sales
- Corporate Sales

**KÜHL®**

- The KÜHL® Story
- KÜHLMOG
- Outsiders
- Blog
- Careers
- Affiliates
- Standards

**Contact**

- Contact Us
- Press Page
- Warranties and Repairs
- Returns
- FAQ

**Subscribe to our newsletter**

Receive our weekly newsletter with highlights of the new styles and new stories from the Born in the Mountains blog.

Enter your e-mail address

SIGN UP

BORN IN THE MOUNTAINS®

Site Map   Terms of Use   Privacy Policy   Your Privacy Choices   California Supply Chain Act   Fabrics   Accessibility   © 2025

Enjoy Free Shipping on Orders $100+* See Details








# PRINT KÜHL IS ALWAYS IN STYLE

$49.95 Write A Review

ADD TO CART

## WHAT MAKES IT KÜHL?

The art of adventure will motivate you to go to the extreme. Showcase your love for the outdoors with the KÜHL® IS ALWAYS IN STYLE Artwork. It's an impressive lithograph print that features the KÜHL mountain with alpine skiers, the KÜHL express aircraft flying through the mountain air and the "IMMER DER ART" (German for "Always in Style") slogan. Printed on high quality paper with soy based ink, it'll look great framed on your wall.

**FEATURES** +

**Style Number:** PRINT#1



## Recommended For You



**KÜHL® ULTRALIGHT NO SHOW SOCK**
$16



**KÜHL® MIDWEIGHT CREW SOCK**
$24



**REVOLVR™**
$109




**FREEFLEX™ ROLL-UP PANT**
$109

## Recently Viewed



**ESKAPE™ SLING PACK**
$90




**KONTOUR™ FIELD JACKET**
$149



**RIDGE™ T**
$40



**KÜHL® T**
$35

## What do you think of this product?

☆☆☆☆☆
0 Reviews

5
4
3
2
1

+ WRITE A REVIEW

‹ ›

Shop in a local store: FIND AN AUTHORIZED RETAILER

**Shop**

- Men
- Women
- Gift Cards
- Authorized Retailers
- Pro Sales
- Corporate Sales

**KÜHL®**

- The KÜHL® Story
- KÜHLMOG
- Outsiders
- Blog
- Careers
- Affiliates
- Standards

**Contact**

- Contact Us
- Press Page
- Warranties and Repairs
- Returns
- FAQ

**Subscribe to our newsletter**

Receive our weekly newsletter with highlights of the new styles and new stories from the Born in the Mountains blog.

Enter your e-mail address

SIGN UP

BORN IN THE MOUNTAINS®

Site Map Terms of Use Privacy Policy Your Privacy Choices California Supply Chain Act Fabrics Accessibility © 2025