# Exhibit M

### THE TURTLENECK DRESS
NAVY/POPPY

$ 74 ~~$ 148~~

SALE

SIZE                                          SIZE CHART

XS    S    M    L    XL    XXL

**SELECT A SIZE**

BEHIND THE SEAMS

You love our turtleneck. You love our tee dress. Well, happily happily back we combined the two and O BOY isn't great. The length is slightly longer than the tee dress. It's a Fall, after all.

ITEM DETAILS

STORE AVAILABILITY

---

## KULE PAIRINGS

THE ROX
KHAKI
$ 498

THE TURTLENECK
NAVY/POPPY
$ 118

---

## FREQUENTLY BOUGHT TOGETHER



THE LEIF
ROYAL/CREAM
$198

THE FRANKIE O HEY
NAVY
$72

THE TURTLENECK
CREAM/NAVY
$118

THE WOMEN'S RUGBY
PINK/PLUM/GOLD
$118

---

ABOUT US              RETURNS & EXCHANGES

STORES                CONTACT US

ACCESSIBILITY         SHIPPING

CAREERS               REQUEST A CATALOG

PRIVACY               CATALOG OPT OUT

TERMS

SUBSCRIBE TO OUR NEWSLETTER

EMAIL ADDRESS

**Get 10% Off**

© KULE 2024

KUHL000049



THE TURTLENECK DRESS
DR04F2

NAVY/POPPY

STYLE: DR04F2
COLOR: Navy/Poppy
SIZE: L

MSRP: $128.00

9500RENT000900002007 4
1088  405.07.5.64 1

4 92036 65108 8

KUHL005450



# About this item

## Product details

- **Manufacturer:** Kuhl
- **Style Type:** Mini Dress
- **Collection:** Kuhl
- **Sleeve Length:** Long Sleeves
- **Material:** 100% Cotton
- **Fabric Type:** Cotton Stretch
- **Specialty:** Striped
- **Sku:** BH5002028

- Womens Mini Dress
- Turtleneck
- Short Long Sleeve

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications

**Country of Origin - Textiles**
Imported

**Clothing Size**
L

**Fabric Content**
65% Polyester

**Brand**
KUHL

More details

## Warranty

**Warranty information**

KUHL000053



# PACKING LIST

Recom LLC

Order Date : 01/22/2024
Order No : 10890237727606

CAD1896227

Ship To :

Bill To :

| Item No | Description | Qty |
|---|---|---|
| 492036651088 | Kuhl Women's Turtleneck Short Mini Dress Red Size L | 1 |

Standard

CONFIDENTIAL INFORMATION

KUHL005449



KUHL000050

**KULE**

Visit our stores in:
Rockefeller Center
Cobble Hill, Brooklyn
Montecito Country Mart

kule.com
hi@kule.com
800-299-5853
@kule

PRSRT STD
US POSTAGE
PAID
MILWAUKEE, WI
PERMIT NO.
1243

please remove from list

20
2
4
4
75835

20% off