# Exhibit N



KÜHL | MEN WOMEN BAGS & GEAR DISCOVER | Search | Sign in





# AKKOMPLICE™ KREW

$79 ★★★★★ (53)

**Style** Krew

Zip Neck | Krew | Bottom | Hoody

**Color** Kosmic Blue

**Select Size**      Size Guide +

S | M | L | XL | XXL

**SELECT SIZE / COLOR**

## WHAT MAKES IT KÜHL?

Constructed from our technically superior KOREKONTROL™ fabric, the AKKOMPLICE™ KREW ushers in the next level of base layer technology. Superior moisture wicking provides quick-dry performance and all-day comfort while 3D patterning matches your form for the ideal fit. Warm yet breathable, this state-of-the-art base layer is built for action and ready when you are.

▶ 0:00 / 1:48

### KOREKONTROL™ PERFORMANCE FABRIC WITH BUILT-IN ODOR RESISTANCE   —

- KoreKontrol™ was created with IONIK® technology, a silver salt integrated into the fabric for permanent odor control that won't wash out
- Ultra-soft comfort
- Quick dry, moisture-wicking performance
- Lightweight mesh underarms for breathability
- Eliminates chafing

### DIFFERENT BY DESIGN. DIFFERENT BY CONSTRUCTION.™   —

- Lightweight mesh under the arms for breathability
- 3D patterning to match the body for the most comfortable fit
- KÜHL Signature thumb loops
- Reflective locker loop in neck seam
- Dynamik™ stitching
- Imported

### MATERIAL AND CARE   —

**KOREKONTROL**   Polyester

**CARE INSTRUCTIONS**

- Machine wash cold with like colors, no bleach, tumble dry low

**Style Number:** 3203BOX



KUHL005493





# KONFLIKT™ HENLEY

$65 ★★★★½ (84)

NEW COLORS

Color  Midnight

Select Size                    Size Guide +

| S | M | L | XL | XXL | ~~XXXL~~ |

**SELECT SIZE / COLOR**

## WHAT MAKES IT KÜHL?

The KONFLIKT™ HENLEY lands where casual comfort and MOUNTAIN BORN® style collide. Featuring a soft, two-tone waffle texture and the classic Henley design, the KONFLIKT™ delivers breathable performance as an easy layer or handsome stand-alone.

### DIFFERENT BY DESIGN. DIFFERENT BY CONSTRUCTION.™          —

- Soft and breathable
- Two-tone waffle texture
- Signature thumb loops
- Locker loop
- Meticulously crafted for a long life cycle
- Imported

### MATERIAL AND CARE          —

Cotton, Polyester

**CARE INSTRUCTIONS**

- Machine wash cold with like colors
- No fabric softener
- Tumble dry low
- Iron low temp
- Do not dry clean

Style Number: 7472



**Unique, two-tone waffle texture**