# EXHIBIT P

Enjoy Free Shipping on Orders $100+* See Details







# SUPERAIR™ T

$40 ★★★★★ (98)

Color Pirate Blue

Size S Size Guide +

XS S M L XL XXL XXXL

ADD TO CART

## WHAT MAKES IT KÜHL?

The SUPERAIR™ T is so soft and light that you'll think it's silk. We used the finest, long-staple organic cotton yarn and knit it into a fabric that's more breathable, dries faster, and is stronger than regular cotton. So when the temperatures get really hot, you can experience KÜHLing next-to-skin comfort. MATCHED BY NO ONE®

### DIFFERENT BY DESIGN. DIFFERENT BY CONSTRUCTION.™ –

- French saddle stitch seams reduce bulk
- Side vents give you options so you can wear it out or half tucked
- Premium rib neck for rebound and durability
- No-sew printed label on the back of shirt neck for added comfort
- Imported

### MATERIAL AND CARE –

Wildfiore™ Organic Cotton

CARE INSTRUCTIONS

- Machine wash cold with like colors
- Do not bleach
- Tumble dry low
- Do not dry clean

**Style Number:** 7476



**The finest 100% organic cotton**

Experience the extraordinary



Enjoy Free Shipping on Orders $100+* See Details







# AKKOMPLICE™ KREW

$79 ★★★★★

Style Krew

Zip Neck | Krew | Bottom | Hoody

Color Kosmic Blue

Select Size — Size Guide +

S | M | L | XL | XXL

SELECT SIZE / COLOR

## WHAT MAKES IT KÜHL?

Constructed from our technically superior KOREKONTROL™ fabric, the AKKOMPLICE™ KREW ushers in the next level of base layer technology. Superior moisture wicking provides quick-dry performance and all-day comfort while 3D patterning matches your form for the ideal fit. Warm yet breathable, this state-of-the-art base layer is built for action and ready when you are.




### KOREKONTROL™ PERFORMANCE FABRIC WITH BUILT-IN ODOR RESISTANCE

- KoreKontrol™ was created with IONIK® technology, a silver salt integrated into the fabric for permanent odor control that won't wash out
- Ultra-soft comfort
- Quick dry, moisture-wicking performance
- Lightweight mesh underarms for breathability
- Eliminates chafing

### DIFFERENT BY DESIGN. DIFFERENT BY CONSTRUCTION.™

- Lightweight mesh under the arms for breathability
- 3D patterning to match the body for the most comfortable fit
- KÜHL Signature thumb loops
- Reflective locker loop in neck seam
- Dynamik™ stitching
- Imported

### MATERIAL AND CARE

KOREKONTROL Polyester

CARE INSTRUCTIONS

- Machine wash cold with like colors, no bleach, tumble dry low

**Style Number:** 3203BOX



Enjoy Free Shipping on Orders $100+* See Details







# AKKOMPLICE™ KREW

$79 ★★★★½ (38)

Style Krew

Krew | Bottom | Zip Neck

Color Carbon

Select Size — Size Guide +

XS | S | M | L | XL

SELECT SIZE / COLOR

## WHAT MAKES IT KÜHL?

Constructed from our technically superior KOREKONTROL™ fabric, the AKKOMPLICE™ KREW ushers in the next level of base layer technology. Superior moisture wicking provides quick-dry performance and all-day comfort while 3D patterning matches your form for the ideal fit. Warm yet breathable, this state-of-the-art base layer is built for action and ready when you are.




### KOREKONTROL™ PERFORMANCE FABRIC WITH BUILT-IN ODOR RESISTANCE

- KoreKontrol™ was created with IONIK® technology, a silver salt integrated into the fabric for permanent odor control that won't wash out
- Ultra-soft comfort
- Quick dry, moisture-wicking performance
- Lightweight mesh underarms for breathability
- Eliminates chafing

### DIFFERENT BY DESIGN. DIFFERENT BY CONSTRUCTION.™

- 3D patterning to match the body for the most comfortable fit
- KÜHL Signature thumb loops
- Dynamik™ stitching
- Reflective locker loop in neck seam
- Imported

### MATERIAL AND CARE

KOREKONTROL Polyester

CARE INSTRUCTIONS

- Machine wash cold
- Do not bleach
- Tumble dry low

**Style Number:** 4257BOX



Enjoy Free Shipping on Orders $100+* See Details



Search KÜHL

breathable Search

GENDER

- Men's (87)
- Women's (75)
- Other (3)

CATEGORY

- Pants (14)
- Short Sleeve (41)
- Long Sleeve (36)
- Shorts (7)
- Outerwear (26)
- Fleece (15)
- Baselayer (7)
- Tank Tops (6)
- Coats and Jackets (3)
- Skirts & Skorts (2)
- Dresses and Jumpsuits (2)
- Underwear & Baselayer (2)
- Hoodies (1)
- Bags & Gear (3)

ACTIVITY

- Lifestyle (139)
- Travel (145)
- Outdoor (133)
- Active (93)
- Work (43)

COLOR

Grey, Blue, Khaki, Black, Green, Brown, Red, Orange, White, Pink, Yellow, Purple, Natural

INSEAM

7 8 9 10 12 28 29 30 32 34 36

SH RG LN

SIZE

Results for **breathable** 1 - 24 / 165 items

Sort by



RADIKL® $109
Klassik
★★★★★



REVOLVR™ $109
Full
★★★★½




KONFLIKT™ HENLEY $65
★★★★½



BRAVADO™ $50
★★★★★




STRETCH VOYAGR™ JACKET $179
★★★★½




RYZER™ $99
★★★★★



RENEGADE™ SHORT $79
★★★★★



ECLIPSER™ $79
★★★★½




FREE RADIKL™ $109
Tapered
★★★★½







| | | | | |
|---|---|---|---|---|
| 0 | 2 | 4 | 6 | 8 |
| 10 | 12 | 14 | 16 | 28 |
| 30 | 31 | 32 | 33 | 34 |
| 35 | 36 | 38 | 40 | 42 |

| | | | | |
|---|---|---|---|---|
| OS | XS | S | M | L |
| XL | XXL | XXXL | 1X | |

FEATURES

- Quick Dry (52)
- Stretch (71)
- Sun Protection (38)
- Phone Pocket (18)
- Zippered Pockets (43)
- Water Resistant (34)
- Stretch Waist (7)
- Thumb Loops (16)
- Hood (15)
- Drawcord (7)
- Vents (6)
- Bottom Cuff Cinch (1)
- Button Closure (2)
- Sunglass Cleaner (1)
- Stuff Sack (1)

FIT

- Klassik (15)
- Tapered (5)
- Full (1)
- Relaxed (2)
- Skinny (5)
- Tall (2)
- Straight (1)
- Regular (1)

FABRIC WEIGHT

- Lightweight (94)
- Midweight (20)
- Heavyweight (4)

STYLE

- Jean Style Pockets (5)
- T-Shirt (31)
- Full Zip (31)
- Hoody (26)
- Button Up (17)
- Chino (3)
- Sweater (7)
- Partial Zip (6)
- Baselayer (9)
- Cargo (1)
- Polo (4)



THE ONE™ SHELL $329



REVOLVR™ ROGUE $99
Tapered



RENEGADE™ RECON PANT $99
Tapered




BRAVADO™ $45



CABO™ PANT $99
Relaxed



AIRSPEED™ $99
Klassik



KÜHL® ULTRALIGHT NO SHOW SOCK $16




DESCENDR™ FLANNEL $89
Klassik




STRETCH VOYAGR™ JACKET $179




DILLINGR™ FLANNEL $89
Klassik




FUGITIVE™ FLANNEL $85
Klassik



KÜHL ENGINEERED™ HOODY $85

★★★★★ ★★★★½

Vest (6)
Jogger (1)

SERIES

Revolvr (3)
Radikl (3)
Renegade (1)
Resistor (1)

TYPE

wax (1)
blanket (1)



KÜHL® ULTRALIGHT QUARTER SOCK $18
★★★★½




BRAZEN KÜHLDRY® HOODY $69
★★★★★




THE "RADIKL" OUTSIDER® PANT $199
Klassik
★★★★½

Results for **breathable** 1 - 24 / 165 Items

1 2 3 4 5 6 7 >

Shop in a local store: FIND AN AUTHORIZED RETAILER

**Shop**

- Men
- Women
- Gift Cards
- Authorized Retailers
- Pro Sales
- Corporate Sales

**KÜHL®**

- The KÜHL® Story
- KÜHLMOG
- Outsiders
- Blog
- Careers
- Affiliates
- Standards

**Contact**

- Contact Us
- Press Page
- Warranties and Repairs
- Returns
- FAQ

**Subscribe to our newsletter**

Receive our weekly newsletter with highlights of the new styles and new stories from the Born in the Mountains blog.

Enter your e-mail address

SIGN UP

BORN IN THE MOUNTAINS®

Site Map Terms of Use Privacy Policy Cookies Settings California Supply Chain Act Fabrics © 2024

Enjoy Free Shipping on Orders $100+* See Details





# KONFLIKT™ HENLEY

$65 ★★★★½ (84)

NEW COLORS

Color Midnight

Select Size Size Guide +

S M L XL XXL XXXL

SELECT SIZE / COLOR

## WHAT MAKES IT KÜHL?

The KONFLIKT™ HENLEY lands where casual comfort and MOUNTAIN BORN® style collide. Featuring a soft, two-tone waffle texture and the classic Henley design, the KONFLIKT™ delivers breathable performance as an easy layer or handsome stand-alone.

### DIFFERENT BY DESIGN. DIFFERENT BY CONSTRUCTION.™

- Soft and breathable
- Two-tone waffle texture
- Signature thumb loops
- Locker loop
- Meticulously crafted for a long life cycle
- Imported

### MATERIAL AND CARE

Cotton, Polyester

CARE INSTRUCTIONS

- Machine wash cold with like colors
- No fabric softener
- Tumble dry low
- Iron low temp
- Do not dry clean

Style Number: 7472



Unique, two-tone waffle texture

Enjoy Free Shipping on Orders $100+* See Details





# PETRA™ TURTLENECK

$69 ★★★★½ (168)

NEW COLORS

Color Mineral Blue

Select Size Size Guide +

XS S M L XL 1X

SELECT SIZE / COLOR

## WHAT MAKES IT KÜHL?

The PETRA™ TURTLENECK is perfect for chilly days and nights. With flattering design lines and stylish, directional fabrics, this turtleneck updates a classic look with a modern touch. The waffle-weave fabric provides stylish, breathable warmth.



### DIFFERENT BY DESIGN. DIFFERENT BY CONSTRUCTION.™

- Flattering design lines and directional fabric for modern style in an everyday silhouette
- Perfect for chilly days
- Unique thumbhole construction
- Curved bottom hem
- Imported

### MATERIAL AND CARE

Cotton, Polyester

CARE INSTRUCTIONS

- Machine wash cold, delicate cycle
- Do not bleach
- Tumble dry low
- Iron low temp, no steam
- Do not dry clean

**Style Number:** 8066

