# EXHIBIT W

FREE SHIPPING ON US ORDERS OVER $150



# OUTERWEAR

SORT/FILTER



THE CHAMBRAY KELLY
DENIM
$ 428



THE NELSON
CREAM
$ 428



THE ROX
KHAKI
$ 498



THE NELSON
KHAKI
$ 428



THE DANTE
LATTE
$ 358



THE KRISPIE
CHESTNUT
$ 328



THE POOH
CHESTNUT
$ 428



THE SYD
CREAM
$ 228



THE NELSON
NAVY
$ 428



THE SYD
BLACK
$ 228



THE NELSON
BLACK
$ 428



THE OTIS
MULTI
$ 348



THE BOGEY
OLIVE
$ 438



THE GEORGIE
BLACK
$ 428



THE SYD
NAVY
$ 228

SUBSCRIBE TO OUR NEWSLETTER
EMAIL ADDRESS →

Get 10% Off


© KULE 2024 😊

https://web.archive.org/web/20150328080744/http://www.kule.com/ June 17, 2024 at 9:30 AM MDT

INTERNET ARCHIVE WaybackMachine http://www.kule.com/ Go
642 captures
6 Jul 1998 - 7 Jun 2024
FEB MAR APR
28
2014 2015 2016
About this capture

# KULE

CLOTHING ACCESSORIES SHOES LABELS WE ♥ SALE LOOKBOOK O' BOY SIGN IN/UP
SHOPPING BAG (0)













O'BOY
the blog

ACCESSORIES



STAY CONNECTED

Enter Email Address

Press About Wholesale Returns & Exchanges Shipping
Contact Us

© 2014 KULE LLC Privacy and Usage

KULE

STRIPES CLOTHING ABOUT



KULE

STRIPES CLOTHING ABOUT





This email was sent to <<Email Address>>

*why did I get this?* unsubscribe from this list update subscription preferences

Kule LLC · 444 Madison Avenue · 30th Floor · New York, NY 10022 · USA

KULE



# WARM UP

THE MORITZ IS BACK

SHOP NOW

This email was sent to <<Email Address>>
*why did I get this?* unsubscribe from this list update subscription preferences
Kule LLC · 444 Madison Avenue · 30th Floor · New York, NY 10022 · USA