# EXHIBIT DD



KULE001456




KULE001505

# KULE



KULE



KULE001507

# KULE



KULE




KULE001509

# APRÈS SKI

KULE

KULE001510

Produced as Native

Video portion of Catalogue



KULE001512

KULE



KULE001513

KULE




KULE001514

# KULE



KULE001515

KULE



KULE001516

very kule

# STOCKING STUFFERS

KULE




KULE001591




KULE001592

# APRÈS
# SKI

KULE

KULE



WE MADE A CASHMERE SKI MASK

SHOP NOW

KULE004204




KULE004670




KULE004671

FREE SHIPPING ON US ORDERS OVER $150



# Search

SKI

Search results for 'SKI'

SORT/FILTER




THE SKI
BLACK/CREAM
$ 368




THE OVERSIZED APRÈS SKI TOWN SWEATSHIRT
CREAM
$ 178



THE WOMEN'S I LOVE SKI SOCK
NAVY
$ 38




THE WOMEN'S APRÈS SKI KNEE HIGH SOCK
NAVY
$ 45




THE WOMEN'S DIAGONAL STRIPE SKI SOCK
CREAM/ROYAL/POPPY
$ 38




THE WOMEN'S APRÈS SKI KNEE HIGH SOCK
CREAM
$ 45




THE OVER THE SHOULDER I LOVE SKI TOTE
CANVAS
$ 198




THE WOMEN'S DIAGONAL STRIPE SKI SOCK
GREY/NAVY/POPPY
$ 38



THE VAN
CREAM
$ 288




THE MODERN LONG ALPS
CREAM
$ 148



THE OVERSIZED ALPS SWEATSHIRT
NAVY
$ 198



THE DEE
CREAM/NAVY
$ 161 ~~$ 268~~









THE SABINE
CREAM/SHELL
$ 188 ~~$ 268~~

THE MORITZ
CREAM
$ 148

THE MORITZ
NAVY
$ 148

THE JACKIE MORITZ
GREY
$ 198



THE WILLIAMS
KHAKI
$ 118 ~~$ 168~~



THE SABINE
CREAM/NAVY
$ 188 ~~$ 268~~



THE WILLIAMS
WHITE
$ 118 ~~$ 168~~



THE DEE
NAVY/WHITE
$ 161 ~~$ 268~~



THE VALENTINA
GREEN/POPPY
$ 184 ~~$ 368~~



THE SILK LYA
CREAM/BRONZE
$ 209 ~~$ 298~~



KULE X BERGDORF GOODMAN
THE BERGDORF GOODMAN MORITZ
WHITE/LAVENDER
$ 198



THE TURTLENECK
WHITE
$ 105



THE BELINDA
CREAM/POPPY/ROYAL/NAVY
$ 358



KULE X BROOKLINEN
THE TERRY POUCH LARGE
CREAM/ROYAL BLUE/POPPY
$ 79



THE VENICE
BRONZE/WHITE
$ 69 ~~$ 98~~



KULE X BROOKLINEN
THE TERRY POUCH LARGE
CREAM/NAVY
$ 79



THE SILK ELBA PAREO
NAVY/CREAM
$ 198



THE LUCIE
CREAM/NAVY
$ 174 ~~$ 248~~



THE MONET
FRENCH BLUE
$ 137 ~~$ 228~~



THE JO
CREAM/NAVY
$ 113 ~~$ 188~~







KUHL005663



THE ESMEE
WHITE/ROYAL BLUE
$ 143 ~~$ 230~~



THE JO
NAVY/WHITE
$ 113 ~~$ 180~~



THE LUCIE
CREAM/SHELL
$ 174 ~~$ 240~~



THE ESMEE
BEIGE/WHITE
$ 119 ~~$ 230~~



THE AURORA
GREEN/POPPY
$ 174 ~~$ 340~~



THE MONET
WHITE
$ 137 ~~$ 220~~



© KULE 2024 🙂

FREE SHIPPING ON US ORDERS OVER $150

KULE

NEW BEST SELLERS SHOP COLLECTIONS SWEATERS TEES HOLIDAY SALE

https://www.kule.com/products/the-modern-long-alps-cream?utm_source=google&utm_medium=cpc&utm_campaign=SCM%7CGoogle%7CPmax%7CAllProducts&utm_content=&gad_source=1&gclid=EAIaIQobChMImPiFjpbaiQMVzCdECB3S5RYuEAQYAiABEgJRHvD_BwE - 11-19-2024






THE MODERN LONG ALPS

CREAM

$ 148

SIZE | SIZE CHART

XS S M L XL XXL

SELECT A SIZE

BEHIND THE SEAMS

Ain't no mountain high enough to keep us away from our best-selling, 100% organic cotton Modern Long tee. This one is a ski enthusiast's dream. See ya on the slopes.

ITEM DETAILS

STORE AVAILABLITY

KULE PAIRINGS




THE OVERSIZED ALPS SWEATSHIRT
NAVY
$ 198




THE OVERSIZED APRÈS SKI TOWN SWEATSHIRT
CREAM
$ 178




THE SKI
BLACK/CREAM
$ 368




THE OVER THE SHOULDER I LOVE SKI TOTE
CANVAS
$ 198

FREQUENTLY BOUGHT TOGETHER



THE MODERN
WHITE
$85



THE MODERN LONG
CREAM/NAVY
$98



THE MODERN
CREAM/NAVY
$88



THE MODERN LONG
WHITE
$95

ABOUT US
STORES
O BOY BLOG
MENS
KIDS
PRIVACY
TERMS

RETURNS & EXCHANGES
CONTACT US
SHIPPING
CAREERS
REQUEST A CATALOG
CATALOG OPT OUT
ACCESSIBILITY

SUBSCRIBE TO OUR NEWSLETTER

EMAIL ADDRESS

NEW COLLAB COMING SOON...

© KULE 2024















THE SKI
BLACK/CREAM
$ 368

SIZE SIZE CHART

XS S M L XL

SELECT A SIZE

BEHIND THE SEAMS

Look dashing through the snow or indoors cuddled by the fire sipping a Hot Toddy in this chunky knit rib trimmed sweater. After all, the intarsia emblazoned "SKI" on your chest might be a dead giveaway you know your way around a mountain—or lodge anyway.

ITEM DETAILS

STORE AVAILABLITY

## KULE PAIRINGS



THE ARIELLE
NAVY/POPPY/CREAM
$ 328



THE BELINDA
CREAM/POPPY/ROYAL/NAVY
$ 358



THE OVERSIZED ALPS SWEATSHIRT
NAVY
$ 198




THE OVERSIZED APRÈS SKI TOWN SWEATSHIRT
CREAM
$ 178

## FREQUENTLY BOUGHT TOGETHER



THE MODERN
WHITE
$85



THE MODERN LONG
CREAM/NAVY
$98



THE MODERN
CREAM/NAVY
$88



THE MODERN LONG
WHITE
$95



© KULE 2024

FREE SHIPPING ON US ORDERS OVER $150






THE OVER THE SHOULDER I LOVE SKI TOTE
CANVAS
$ 198

SIZE: ONE SIZE

ADD TO CART | $ 198

BEHIND THE SEAMS

Broadcast your passion for shredding powder while you haul around your stuff. Also makes a great gift for the other snow bunnies in your life. Sharing is caring.

ITEM DETAILS

STORE AVAILABLITY

KULE PAIRINGS



THE WOMEN'S APRÈS SKI KNEE HIGH SOCK
CREAM
$ 45




THE SKI
BLACK/CREAM
$ 368



THE GAITER
CREAM/NAVY
$ 158



THE WOMEN'S I LOVE SKI SOCK
NAVY
$ 38

FREQUENTLY BOUGHT TOGETHER



THE MODERN
WHITE
$85



THE MODERN LONG
CREAM/NAVY
$98



THE MODERN
CREAM/NAVY
$88



THE MODERN LONG
WHITE
$95



© KULE 2024

https://www.kule.com/products/the-womens-diagonal-stripe-ski-sock-cream-royal-poppy?s=5&_sid=b65e88929&_ss=r - 11-19-2024






# THE WOMEN'S DIAGONAL STRIPE SKI SOCK

CREAM/ROYAL/POPPY

$ 38 3 SOCKS FOR $95

FINAL SALE

SIZE: ONE SIZE

ADD TO CART | $ 38

BEHIND THE SEAMS

Sure you can stay on the straight and narrow but have you ever tried diagonal?

ITEM DETAILS

STORE AVAILABLITY

## KULE PAIRINGS




THE OVER THE SHOULDER I LOVE SKI TOTE
CANVAS
$ 198



THE GAITER
CREAM/NAVY
$ 158




THE MODERN LONG ALPS
CREAM
$ 148



THE WOMEN'S APRÈS SKI KNEE HIGH SOCK
CREAM
$ 45

## FREQUENTLY BOUGHT TOGETHER



THE MODERN
WHITE
$85



THE MODERN LONG
CREAM/NAVY
$98



THE MODERN
CREAM/NAVY
$88



THE MODERN LONG
WHITE
$95



© KULE 2024

KUHL005665

FREE SHIPPING ON US ORDERS OVER $150






THE WOMEN'S APRÈS SKI KNEE HIGH SOCK

CREAM

$ 45

FINAL SALE

SIZE: ONE SIZE

ADD TO CART | $ 45

BEHIND THE SEAMS

Warm up those feet post hitting the slopes. Preferably by a roaring fire.

ITEM DETAILS

STORE AVAILABLITY

KULE PAIRINGS




THE WOMEN'S DIAGONAL STRIPE SKI SOCK
CREAM/ROYAL/POPPY
$ 38




THE OVER THE SHOULDER I LOVE SKI TOTE
CANVAS
$ 198



THE WOMEN'S RIBBED SMILE SOCK
WHITE
$ 38



THE GAITER
CREAM/NAVY
$ 158

FREQUENTLY BOUGHT TOGETHER



THE MODERN
WHITE
$85



THE MODERN LONG
CREAM/NAVY
$98



THE MODERN
CREAM/NAVY
$88



THE MODERN LONG
WHITE
$95



© KULE 2024

FREE SHIPPING ON US ORDERS OVER $150

KULE

NEW | BEST SELLERS | SHOP | COLLECTIONS | SWEATERS | TEES | HOLIDAY | SALE

https://www.kule.com/products/the-oversized-apres-ski-town-sweatshirt-cream?utm_source=google&utm_medium=cpc&utm_campaign=SCM%7CGoogle%7CPmax%7CAllProducts&utm_content=&gad_source=1&gclid=EAIaIQobChMImPiFjpbaiQMVzCdECB3S5RYuEAQYAyABEgIiTvD_BwE - 11-19-2024






## THE OVERSIZED APRÈS SKI TOWN SWEATSHIRT

CREAM

$ 178

SIZE | SIZE CHART

XS | S | M | L | XL | XXL

SELECT A SIZE

BEHIND THE SEAMS

This 100% organic cotton oversized sweatshirt has us wishing for snow days. The concert tee world tour inspired list of famed ski towns on the back has us also wishing for gifted airline miles. Speaking of gifts, this would be a great present for the friend or family member who makes après skiing look like an Olympic sport.

ITEM DETAILS

STORE AVAILABLITY

### KULE PAIRINGS



THE OVERSIZED ALPS SWEATSHIRT
NAVY
$ 198



THE MODERN LONG ALPS
CREAM
$ 148



THE VAN
CREAM
$ 288



THE SWEATPANTS
CREAM
$ 128

### FREQUENTLY BOUGHT TOGETHER



THE MODERN
WHITE
$85



THE MODERN LONG
CREAM/NAVY
$98



THE MODERN
CREAM/NAVY
$88



THE MODERN LONG
WHITE
$95

ABOUT US
STORES
O BOY BLOG
MENS
KIDS
PRIVACY
TERMS

RETURNS & EXCHANGES
CONTACT US
SHIPPING
CAREERS
REQUEST A CATALOG
CATALOG OPT OUT
ACCESSIBILITY

SUBSCRIBE TO OUR NEWSLETTER

EMAIL ADDRESS

NEW COLLAB COMING SOON...

© KULE 2024

# KULE



## WARM UP

THE MORITZ IS BACK

SHOP NOW

This email was sent to <<Email Address>>
*why did I get this?* unsubscribe from this list update subscription preferences
Kule LLC · 444 Madison Avenue · 30th Floor · New York, NY 10022 · USA

FREE SHIPPING ON US ORDERS OVER $150

KULE

NEW | BEST SELLERS | COLLECTIONS | WOMENS | THE TEE SHOP | MENS | KIDS | SALE | ABOUT US








THE OVERSIZED APRÈS SKI SWEATSHIRT

HEATHER GREY

$ 60 ~~$ 198~~

This item is excluded from discounts.

FINAL SALE

SALE

SIZE | SIZE CHART

XS | S | M | L | ~~XL~~ | ~~XXL~~

SELECT A SIZE

BEHIND THE SEAMS

Fresh off the slopes, don the Apres Ski sweatshirt while heading to cocktails. Featuring an elaborate skiing embroidery, it's a very special sweatshirt that still maintains its casual insouciance.

ITEM DETAILS

STORE AVAILABLITY

FREQUENTLY BOUGHT TOGETHER



THE WOMEN'S TAKE OUT SOCK
WHITE
$30



THE WOMEN'S LINE SMILE SOCK
GOLD
$30



THE WOMEN'S LOVE SOCK
WHITE
$30



THE WOMEN'S TENNIS SOCK
WHITE/GREEN
$30

ABOUT US
STORES
ACCESSIBILITY
CAREERS
PRIVACY
TERMS

RETURNS & EXCHANGES
CONTACT US
SHIPPING
REQUEST A CATALOG
CATALOG OPT OUT

SUBSCRIBE TO OUR NEWSLETTER

EMAIL ADDRESS →

GET 10% OFF

© KULE 2024

https://www.kule.com/products/the-womens-apres-ski-sock-white-r23 - 6-21-2024

FREE SHIPPING ON US ORDERS OVER $150

KULE

NEW BEST SELLERS COLLECTIONS WOMENS THE TEE SHOP MENS KIDS SALE ABOUT US



THE WOMEN'S APRÈS SKI SOCK

WHITE

$ 9 ~~$ 30~~

This item is excluded from discounts.

FINAL SALE

SALE

SIZE: ONE SIZE

ADD TO CART | $ 9

BEHIND THE SEAMS

Fresh off the slopes, don the Après Ski sock while heading to cocktails. TBH it might be more fun than the actual skiing.

ITEM DETAILS

STORE AVAILABLITY

FREQUENTLY BOUGHT TOGETHER



THE WOMEN'S TAKE OUT SOCK
WHITE
$30



THE WOMEN'S LINE SMILE SOCK
GOLD
$30



THE WOMEN'S LOVE SOCK
WHITE
$30



THE WOMEN'S TENNIS SOCK
WHITE/GREEN
$30

ABOUT US
STORES
ACCESSIBILITY
CAREERS
PRIVACY
TERMS

RETURNS & EXCHANGES
CONTACT US
SHIPPING
REQUEST A CATALOG
CATALOG OPT OUT

SUBSCRIBE TO OUR NEWSLETTER

EMAIL ADDRESS →

GET 10% OFF

© KULE 2024




# THE APRÈS SKI KAP

NAVY

$ 18 ~~$ 58~~

This item is excluded from discounts.

FINAL SALE

SALE

SIZE: ONE SIZE

ADD TO CART | $ 18

BEHIND THE SEAMS

Fresh off the slopes, this is the cap to wear to cover your ski mask hair. Or to make people believe you do the black diamonds instead of the bunny hills.

ITEM DETAILS

STORE AVAILABLITY







## FREQUENTLY BOUGHT TOGETHER



THE WOMEN'S TAKE OUT SOCK
WHITE
$30



THE WOMEN'S LINE SMILE SOCK
GOLD
$30



THE WOMEN'S LOVE SOCK
WHITE
$30



THE WOMEN'S TENNIS SOCK
WHITE/GREEN
$30



© KULE 2024

FREE SHIPPING ON ORDERS OVER $75



# Apres Ski

SORT/FILTER



THE ASPEN
NAVY
$ 298




THE MODERN KULE SKI
HEATHER GREY
$ 75




THE RALEIGH KULE SKI
NAVY
$ 158



THE JACKIE MORITZ
GREY
$ 198




THE MODERN LONG APRÈS SKI
NAVY
$ 85



THE APRÈS SKI KAP
TAUPE
$ 58



THE SUNNY BEANIE
NAVY
$ 128



THE MORITZ
NAVY
$ 148



THE MORITZ
CREAM
$ 148



KULE X BERGDORF GOODMAN
THE BERGDORF GOODMAN MORITZ
WHITE/LAVENDER
$ 148



THE HAPPY BEANIE
GREY
$ 148



THE MINI MORITZ
NAVY
$ 98



THE MINI MORITZ
CREAM
$ 98



KULE X MAXBONE
THE DOG MORITZ
CREAM
$ 45




THE MEN'S RALEIGH KULE SKI
NAVY
$ 165











THE RUFUS APRÈS SKI
NAVY
$ 88



THE MEN'S RIBBED SKI SOCK
WHITE
$ 30




THE ARCHIE KULE SKI
HEATHER GREY
$ 78

Need help? We've gotcha covered.

1-800-299-5853
9am - 5pm ET / M-F

Email us:
hi@kule.com

Visit us:
KULE Stores

Follow our Insta:
@KULE

ABOUT US
STORES
RETURNS & EXCHANGES
SHIPPING
CONTACT US
PRIVACY
TERMS
ACCESSIBILITY
CAREERS

https://www.facebook.com/KULE/posts/join-the-kule-ski-team-%EF%B8%8F/5983678811694831/ - 11-4-2024

**Kule's Post**

**Kule** is in **St. Moritz Switzerland**.
December 12, 2022 ·

Join the KULE Ski team



**Kule** is in **St. Moritz Switzerland**.
December 12, 2022 ·

Join the KULE Ski team



Like Comment Share

Write a comment...