# EXHIBIT NN

20% OFF WITH CODE FALL24 - SHOP NOW





THE RUFUS

BLACK

$ 67 ~~$ 95~~

This item is excluded from discounts.

SALE

STRIPES

SALE

SIZE SIZE CHART

S M L XL XXL

SELECT A SIZE

BEHIND THE SEAMS

Made in the same super soft cotton as our Men's Archie short sleeve tee, the Rufus is our Men's go-to shirt for Fall. With a tapered sleeve that stays perfectly zhushed, you can layer this under a shirt or blazer.

ITEM DETAILS

STORE AVAILABLITY

FREQUENTLY BOUGHT TOGETHER



© KULE 2024