# EXHIBIT VV


KÜHL REPUBLIK












KUHL005629