# EXHIBIT WW

Free Shipping on All Orders Over $100* See Details










# WOMEN'S OUTERWEAR

Sort by

CATEGORIES

- Rain Jackets
- Softshell
- Coats and Jackets
- Insulated Jackets
- Vests
- Lightweight Jackets
- Waxed Klassiks

COLOR

- Black
- Green
- Blue
- Brown
- Grey
- Purple
- White
- Red
- Orange
- Pink
- Natural
- Yellow
- Khaki

STYLE

- Full Zip (27)
- Vest (6)
- Hoody (1)

SIZE

XS S M L XL 1X

FEATURES

- Zippered Pockets (32)
- Water Resistant (27)
- Hood (27)
- Stretch (11)
- Quick Dry (7)
- Sun Protection (4)
- Thumb Loops (4)
- Stuff Sack (4)




STUNNR™ INSULATED JACKET $179.00




KLASH™ TRENCH $179.00




STRETCH VOYAGR™ JACKET $179.00




AURORA™ VEST $119.00




AKTIVATOR® HOODY $239.00




AKTIVATOR® JACKET $219.00









Drawcord (3)

Vents (1)

ACTIVITY

Lifestyle (32)

Travel (31)

Outdoor (29)

Active (15)

Work (7)



AURORA™ SHIRTJAK $139.00



CELESTE™ LINED VEST $149.00



THE ONE™ SHELL $329.00




DANI™ SHERPA VEST $219.00




STRETCH VOYAGR™ INSULATED $369.00




FROST™ SOFTSHELL JACKET $149.00



THE ONE™ VEST $119.00




FROST™ SOFTSHELL HOODY $169.00



GENERATR™ FLANNEL LINED JACKET $139.00



JETSTREAM™ TRENCH $219.00



THE LAW™ HOODY $199.00



THE OUTSIDER® $215.00









HYDROFLEX™ SHELL $249.00



PERSPEKTIV™ JACKET $129.00



DEFLEKTR™ HYBRID SHELL $350.00



ESKAPE™ JACKET $99.00



EMERGENCE™ HOODY $139.00




SPYFIRE® PARKA $329.00




ÜKON™ DOWN PARKA $699.00




CELESTE™ DOWN PARKA $349.00




SPYFIRE® HOODED VEST $219.00




ÜKON™ FLEECE LINED HOODY $449.00




SPYFIRE® HOODY $289.00




SPYFIRE® JACKET $249.00








CELESTE™ LINED HOODY $199.00

DANI SHERPA™ TRENCH $310.00

DANI SHERPA™ JACKET $259.00



FROST™ PARKA $549.00



ARKTIK™ DOWN PARKA $599.00



ARKTIK™ JACKET $349.00



ARKTIK™ DOWN VEST $250.00

**Shop in a local store:** FIND AN AUTHORIZED RETAILER

**Shop**

- Men
- Women
- Gift Cards
- Authorized Retailers
- Pro Sales
- Corporate Sales

**KÜHL®**

- The KÜHL® Story
- KÜHLMOG
- Outsiders
- Blog
- Careers
- Affiliates
- Standards

**Contact**

- Contact Us
- Returns
- Warranties and Repairs
- FAQ

**Subscribe to our newsletter**

Receive our weekly newsletter with highlights of the new styles and new stories from the Born in the Mountains blog.

Enter your e-mail address

SIGN UP

BORN IN THE MOUNTAINS®

Site Map Terms of Use Privacy Policy Cookies Settings California Supply Chain Act Fabrics © 2023