# EXHIBIT ZZ






# MOUNTAIN LINES™ T

$40

★★★★½ (134)

NEW COLOR

**Color** Pirate Blue

**Size** XXL

Size Guide +

S M L XL XXL

ADD TO CART

Only 3 left in stock - ORDER SOON

# WHAT MAKES IT KÜHL?

The MOUNTAIN LINES™ Tee is constructed with 100% Wildfibre™ Organic Cotton for unmatched breathability and comfort. This sustainably sourced material is the finest cotton available. Our custom KÜHL graphic will bring the mountain culture to your doorstep.

## DIFFERENT BY DESIGN. DIFFERENT BY CONSTRUCTION.™ +

## MATERIAL AND CARE +

**Style Number:** 7397

## WILDFIBRE™ 100% ORGANIC COTTON

Luxuriously soft and comfortable







**UNMATCHED BREATHABILITY**

**SPLIT BOTTOM HEM - ENHANCED MOBILITY**





**QUALITY CONSTRUCTION - BUILT TO LAST**




## Recommended For You




**KÜHL ENGINEERED™ POLO**

$80



**SUPERAIR™ T**

$40




**BRAZEN KÜHLDRY® POLO**

$65




**SHADOW™ POLO**

$89

## Recently Viewed




**RENEGADE™ PANT**

$99




**RESISTOR™ CHINO**

$129



**BRYNN™ CARDIGAN SWEATER**

$129




**RESISTOR™ LITE CHINO KLASSIK**

$119

## What do you think of this product?

4.6 ★★★★☆

134 Reviews

5
4
3
2
1

Search

+ WRITE A REVIEW

Sort by | Activities | Body type | Experience Level | Height

**Dave**
Verified Buyer

Activities:
Travel, Active, Lifestyle, Outdoor

Height:
6'0 - 6'2

Experience Level:
Seasoned Adventurer

★★★★★

**Mountain Lines t-shirt**

Really cool graphic. The material is very comfortable.

09/05/2025

Was This Review Helpful ? ↑ 0 ↓ 0

**Chris**

Activities:
Travel, Active, Work, Lifestyle, Outdoor

Height:
6'0 - 6'2

Experience Level:
Casual Explorer

★★★★★

**The Perfect Blend of Comfort and Style**

The KUHL Mountain Lines T has quickly become one of my favorite shirts. It's incredibly comfortable, with the perfect weight of cotton that feels just right. The fabric is so soft, making it a pleasure to wear. Plus, it looks great! I like these shirts so much that I felt compelled to write this review. Highly recommended for anyone looking fo... **Read More**

07/08/2025

Was This Review Helpful ? ↑ 0 ↓ 0

**Art S.**

Activities:
Travel, Active, Lifestyle, Outdoor

Height:
6'0 - 6'2

Experience Level:
Casual Explorer

★★★★★

**Perfect shirt for any activity.**

Nice shirt. Lightweight and quick drying. just was I was looking for.

07/03/2025

Was This Review Helpful ? ↑ 0 ↓ 1

**Emily**
Verified Buyer

Activities:
Active, Lifestyle, Outdoor

Height:
5'6 - 5'8

★★★★★

**Highly recommend!!**

Love this shirt! So comfy and good quality! A great gift for my dad!

12/27/2024

Was This Review Helpful ? ↑ 0 ↓ 1