# EXHIBIT 39




KULE000394

# Novel knits



KULE

KULE000396



# Velour is back

KULE




ciao

KULE

STRIPES CLOTHING ABOUT




This email was sent to <<Email Address>>

*why did I get this?* unsubscribe from this list update subscription preferences

# KULE

STRIPES CLOTHING ABOUT




ORDER BY NOON ON 12/17 FOR STANDARD DELIVERY BY CHRISTMAS.

This email was sent to <<Email Address>>
*why did I get this?* unsubscribe from this list update subscription preferences
Kule LLC · 444 Madison Avenue · 30th Floor · New York, NY 10022 · USA

KULE

STRIPES CLOTHING ABOUT





This email was sent to <<Email Address>>

*why did I get this?* unsubscribe from this list update subscription preferences

Kule LLC · 444 Madison Avenue · 30th Floor · New York, NY 10022 · USA

KULE



HAPPY STRIPES AND SOFA DAY

FREE SHIPPING ALL WEEKEND LONG

SHOP NOW

KULE

STRIPES CLOTHING ABOUT




This email was sent to <<Email Address>>

KULE004165

SHARE STRIPES CLOTHING ABOUT




This email was sent to <<Email Address>>

# KULE




## SWEATER WEATHER

INTRODUCING THE ADDISON

SHOP NOW

This email was sent to <<Email Address>>
*why did I get this?* unsubscribe from this list update subscription preferences
Kule LLC · 444 Madison Avenue · 30th Floor · New York, NY 10022 · USA

# KULE



## THE BAILEY JACKET IN FAUX FUR

SHOP NOW

This email was sent to <<Email Address>>
*why did I get this?* unsubscribe from this list update subscription preferences
Kule LLC · 444 Madison Avenue · 30th Floor · New York, NY 10022 · USA

KULE



# THANKSGIVING IS A SPORT

INTRODUCING THE TAMU JACKET

SHOP NOW

KULE



## STRIPES ARE ALWAYS IN SEASON

SHOP KULE SWEATERS TO GET FROM SNOW TO SPRING

SHOP NOW

KULE



HAVE A NICE DAY!

SHOP NOW

This email was sent to <<Email Address>>
*why did I get this?* unsubscribe from this list update subscription preferences
Kule LLC · 444 Madison Avenue · 30th Floor · New York, NY 10022 · USA

KULE004411